NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3083

MICHELE KELLER,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.


Martin S. Hume, Martin S. Hume Co., L.P.A., of Youngstown, Ohio, argued for petitioner.

Sara B. Rearden, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent.  With her on the brief were B. Chad Bungard, General Counsel and Keisha Dawn Bell, Deputy General Counsel.

Appealed from:  Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3083

MICHELE KELLER,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

# Judgment

ON APPEAL from the       Merit Systems Protection Board

in CASE NO(S).       CH3443080506-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, LOURIE, and BRYSON, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  Nobember 13, 2009       /s/ Jan Horbaly
                                                                Jan Horbaly, Clerk